UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

BOY 7,

     Plaintiff,

     v.

BOY SCOUTS OF AMERICA,

     Defendant.

NO.  CV-10-449-RHW

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)**

Before the Court is Defendant's Motion to Dismiss First Amended Complaint Pursuant to Rule 12(b)(6) (ECF No.23).  The motion was heard without oral argument.

Plaintiff filed his first complaint on December 21, 2010.  The Court dismissed the complaint without prejudice and granted leave to amend (ECF No. 20).  On June 22, 2011, Plaintiff filed an Amended Complaint (ECF No. 21), "adding facts about his vulnerability when he was sexually abused, the forseeability of Plaintiff's abuse, BSA's custody over him when the abuse occurred, and the location where the abuse occurred."  (ECF No. 27, p.2).  In his complaint, Plaintiff argues that BSA knew or should have known that his abuser was a sexual predator of boys, however he fails to allege specific facts regarding how BSA knew or should have known that the Scout Leader had previously abused children or made inappropriate advances toward them.  For the same reasons stated in the Court's prior order, this is fatal to his claims of negligence and intentional infliction of emotional distress.  Additionally, Plaintiff has not corrected the

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS ~ 1**

deficiencies with respect to his civil conspiracy claim.

Plaintiff argues that a recent case of *M.H. v. Catholic Archbishop of Seattle*, 162 Wash. App. 183 (2011), stands for the proposition that an entity that has a duty to protect children based on a "special relationship" need not have previous knowledge of a sexual assailant's dangerous propensities.  However, the facts in that case are readily distinguishable.  In that case, the Archdiocese assigned a priest, with a known history of sexual misconduct with children, to be the associate pastor.  *Id.* at 186.  The complaint alleged facts that demonstrated that the priest knew that an unidentified man planned to sexually abuse the victim and was instrumental in arranging the opportunity for the man to do so.  *Id.* at 192.  The Court of Appeals held that the sexual molestation of the victim was not "wholly beyond the range of expectability," especially given the Archdiocese prior knowledge of the priest's history of sexual misconduct, and thus was foreseeable. *Id.* at 193.  Plaintiff's complaint fails to allege any facts that would establish that it was reasonably foreseeable that this particular Scout Leader would abuse Plaintiff.

Accordingly, **IT IS HEREBY ORDERED:**

1.   Defendant's Motion to Dismiss First Amended Complaint Pursuant to Rule 12(b)(6) (ECF No. 23) is **GRANTED**.

2.   The above-captioned case is **dismissed** with prejudice.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel and **close the file**.

**DATED** this 28th day of September, 2011.


 *s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\aCIVIL\2010\Boy 7\dismiss2.wpd

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS ~ 2**